

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

August 6, 2020

**FILED BY ECF**

The Honorable Jack B. Weinstein
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *SEC v. Beaufort Secs. Ltd. and Panayiotis Kyriacou*, 18-cv-1317 (JBW) (PK)

Dear Judge Weinstein:

Plaintiff Securities and Exchange Commission respectfully writes to inform the Court that the Commission does not intend to move for monetary relief as to defendant Panayiotis Kyriacou ("Kyriacou") under Section III of the Judgment as to Defendant Panayiotis Kyriacou (Dkt. No. 17). That portion of the consent Judgment provides: "Upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and/or a civil penalty…." Kyriacou has since been sentenced in the related criminal proceeding against him, *United States v. Peter Kyriacou*, No. 18-cr-00102 (KAM). The Commission no longer seeks disgorgement or a civil penalty as to Kyriacou and therefore does not intend to move for such relief.

              Respectfully submitted,

              /s/ Preethi Krishnamurthy
              Preethi Krishnamurthy
              Co-Regional Trial Counsel

cc: Marc A. Weinstein, Esq. (counsel for Kyriacou) (by email)